# EXHIBIT B

# EXHIBIT B

**DebtEd, BAPCPA**

# U.S. Bankruptcy Court
## District of Nevada (Las Vegas)
### Bankruptcy Petition #: 12-16189-btb

*Date filed:* 05/24/2012

*Assigned to:* BRUCE T. BEESLEY
Chapter 13
Voluntary
Asset

*Debtor*
**JACKIE L. ROBINSON**
2201 GLENBROOK WAY
LAS VEGAS, NV 89117
CLARK-NV
SSN / ITIN: xxx-xx-4005

represented by **STEFANIE H. CLEMENT**
9960 W. CHEYENNE AVENUE, #190
LAS VEGAS, NV 89129
(702) 341-6997
Fax : (702) 341-6558
Email: CLEMENTLAWOFFICES@GMAIL.COM

*Trustee*
**RICK A. YARNALL**
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101
(702) 853-4500

| Filing Date | # | Docket Text |
|---|---|---|
| 05/24/2012 | 1 | Chapter 13 Voluntary Petition. Fee Amount $281. Filed by STEFANIE H. CLEMENT on behalf of JACKIE L. ROBINSON (CLEMENT, STEFANIE) (Entered: 05/24/2012) |
| 05/24/2012 | 2 | Chapter 13 Plan #1 Filed by STEFANIE H. CLEMENT on behalf of JACKIE L. ROBINSON (CLEMENT, STEFANIE) (Entered: 05/24/2012) |
| 05/24/2012 | 3 | Statement of Social Security Number(s). **This document contains sensitive information and cannot be viewed by the public.** Filed by STEFANIE H. CLEMENT on behalf of JACKIE L. ROBINSON (CLEMENT, STEFANIE) (Entered: 05/24/2012) |
| 05/24/2012 | 4 | Declaration Re: Electronic Filing Filed by STEFANIE H. CLEMENT on behalf of JACKIE L. ROBINSON (CLEMENT, STEFANIE) (Entered: 05/24/2012) |
| | | Chapter 13 Statement of Current Monthly and Disposable |

| | | |
|---|---|---|
| 05/24/2012 | 5 | Income (Form 22C) Filed by STEFANIE H. CLEMENT on behalf of JACKIE L. ROBINSON (CLEMENT, STEFANIE) (Entered: 05/24/2012) |
| 05/24/2012 | 6 | Certificate of Credit Counseling Filed by STEFANIE H. CLEMENT on behalf of JACKIE L. ROBINSON (CLEMENT, STEFANIE) (Entered: 05/24/2012) |
| 05/24/2012 | 7 | Receipt of Filing Fee for Voluntary Petition (Chapter 13)(12-16189) [misc,volp13pb] ( 281.00). Receipt number 12557795, fee amount $ 281.00. (U.S. Treasury) (Entered: 05/24/2012) |
| 05/24/2012 | 8 | Meeting of Creditors and Notice of Appointment of Trustee RICK A. YARNALL, . 341 meeting to be held on 07/10/2012 at 11:00 AM at 341s - Foley Bldg,Rm 1500. Confirmation hearing to be held on 08/20/2012 at 01:30 PM at Foley Bldg,Third Floor. Objection to Dischargeability of Certain Debts due by 09/10/2012. Chapter 13 Proof of Claims due by 10/09/2012. (Entered: 05/24/2012) |
| 05/25/2012 | 9 | Hearing Scheduled/Rescheduled. Confirmation hearing to be held on 8/20/2012 at 01:30 PM at Foley Bldg,Third Floor. (Related document(s)2 Chapter 13 Plan #1 filed by Debtor JACKIE L. ROBINSON) (knp) (Entered: 05/25/2012) |
| 05/27/2012 | 10 | BNC Certificate of Mailing (Related document(s)8 Meeting of Creditors Chapter 13 (BNC)) No. of Notices: 3. Notice Date 05/27/2012. (Admin.) (Entered: 05/27/2012) |
| 06/06/2012 | 11 | Request for Special Notice with Certificate of Service Filed by GREGORY L. WILDE on behalf of HSBC BANK USA, NATIONAL ASSOCIATION (WILDE, GREGORY) (Entered: 06/06/2012) |
| 07/11/2012 | 12 | 341 Meeting Off Calendar (YARNALL, RICK) (Entered: 07/11/2012) |
| 07/25/2012 | 13 | Notice of Requirement to File Certificate of Completion of Instructional Course Concerning Financial Management. (Entered: 07/25/2012) |
| 07/28/2012 | 14 | BNC Certificate of Mailing. (Related document(s)13 Notice of Requirement to File Certification of Completion of Instructional Course Concerning Financial Management (BNC)) No. of Notices: 1. Notice Date 07/28/2012. (Admin.) (Entered: 07/28/2012) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 08/06/2012 12:37:42 |||||
| **PACER Login:** | sw0018 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 12-16189-btb Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |